In the Matter of JOSEPH L. BENEDETTO et al., Respondents, v. COUNTY OF SUFFOLK, Appellant.—

Munder, Acting P. J., Martuscello, Latham, Kleinfeld and Benjamin, JJ., concur.